# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| IN RE: E.A.J. | : No. 567 WAL 2014 |
| | : |
| | : |
| PETITION OF: L.P., MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | |
| IN RE: M.L.J. | : No. 568 WAL 2014 |
| | : |
| | : |
| PETITION OF: L.P., MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| | |
| IN RE: O.D.J. A/K/A O.M. | : No. 569 WAL 2014 |
| | : |
| | : |
| PETITION OF: L.P., MOTHER | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 22nd day of January, 2015, the Petition for Allowance of Appeal is **DENIED**.